## FARMERS INSURANCE EXCHANGE et al. v. Ray Leon WOFFORD.

### No. 4641.

United States Court of Appeals
Tenth Circuit.

April 3, 1953.

Duke Duvall, Draper Grigsby and Charles R. Nesbitt, Oklahoma City, Okl., for appellants.

Gus Rinehart, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

692

PER CURIAM.

Appeal dismissed on joint motion of the parties.